IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF CALIFORNIA
        CENTRAL

JOHN S. HAMILTON, JR. (Your Name),
    Movant

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
    Respondent

CASE NO.: 2-21-mc-01022

MOTION FOR ORDER
PURSUANT TO CUSTOMER CHALLENGE PROVISIONS
OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

I, JOHN S. HAMILTON, JR., (your name) move this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the United States Securities and Exchange Commission.

    My financial records are held by CITBANK, N.A.
5800 S. Corporate Place, MC451, Sioux Falls, SD 57108
(name and address of financial institution).

    I have attached my sworn statement in support of this motion.

Respectfully submitted,
John S. Hamilton, Jr.
755 Lakefield Road, Suite A
Westlake Village, CA 91361  805-495-2983
(Your Signature, Name, Address,
and Telephone Number)

## CERTIFICATE OF SERVICE

      I declare under penalty of perjury that I have mailed or delivered a copy of the attached motion and sworn statement to  Gary Y. Leung and Melinda Hardy, Esq.
_____ (names of officials listed at Item 3 of Customer Notice)
on July 26, 2021  (date).

                                                                               (Signature)

                                               Richard A. Rodgers, Esq.
                                               Attorney for John S. Hamilton, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHN S. HAMILTON, JR. (~~Your Name~~),
 Movant

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
 Respondent

    I, JOHN S. HAMILTON, JR. (~~your name~~), (am now/was previously) a customer of CITIBANK, N.A., 3967 E. Thousand Oaks Blvd., Westklake Village, California, 91361 _____ (name and address of financial institution) and I am the customer whose records are being requested by the United States Securities and Exchange Commission.

    The financial records sought by the United States Securities and Exchange Commission are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because I have no business or banking relationships with Peter J. Eichler. He was a friend of my deceased father, many years ago, that's all.

or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that the Commission has not provided me with a copy of the underlying Order or relevant sections of the Act.

or should not be disclosed on the following other legal basis:  Fundamental Right of Privacy; e.g., *Griswold v. Connecticut*, U.S. Supreme Court, 381 U.S. 479 (1965); 14th Amend. U.S. Constitution

I declare under penalty of perjury that this statement foregoing is true and correct.

                                                *John S. Hamilton Jr.*
                                                  (signature)

Dated: 7-26-2021